# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| TOM STEVE CORIC,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>MARGRET MIMS, COUNTY OF FRESNO, and DOES 1 through 100,<br><br>　　　　　　　Defendants. | Civil No.　1:08-cv-1225 JTM (BLM)<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>**Doc. Nos. 16 and 17** |

On August 20, 2008, Plaintiff, previously incarcerated at Fresno County Jail. and proceeding *pro se* and *in forma pauperis*, filed a civil rights Complaint pursuant to 42 U.S.C. § 1983.  (Doc. No. 1.)  Pending before the court is Defendants' motion to for a judgment on the pleadings under Federal Rule of Civil Procedure 12(c), filed July 15, 2009.  (Doc. Nos. 16 and 17.)

Plaintiff shall file and serve his opposition to the motion **no later than August 21, 2009.**  A responding party who has no opposition to the granting of the motion shall serve and file a statement to that effect, specifically designating the motion in question.  Failure of the responding party to file opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion.  The moving party may serve and file a reply to the opposition **no later than**

1  **September 18, 2009**, at which time the matter will be taken under submission without oral argument.

2  DATED: July 15, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge