# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| TOM STEVE CORIC,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>MARGRET MIMS, COUNTY OF FRESNO,<br><br>　　　　　　　Defendants. | Civil No.　08-cv-1225 JTM (BLM)<br><br>**ORDER:**<br>**1) GRANTING PLAINTIFF'S REQUEST TO AMEND COMPLAINT;**<br>**and**<br>**2) DENYING DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS AS MOOT**<br><br>**Doc. Nos. 16 and 19** |

On August 20, 2008, Plaintiff, proceeding *pro se* and *in forma pauperis*, filed a civil rights Complaint pursuant to 42 U.S.C. § 1983. (Doc. No. 1.) Defendants filed an Answer to the Complaint (Doc. No. 12) and moved for judgment on the pleadings under Federal Rule of Civil Procedure 12(c). (Doc. No. 16.) Rather than submit an opposition, Plaintiff requests leave to file a First Amended Complaint and a 30-day extension of time. (Doc. No. 19.)

Under Federal Rule of Civil Procedure 15(a)(2), "a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." For good cause showing, Plaintiff's requests are **GRANTED**. If Plaintiff wishes to file a First Amended Complaint, he must do so **no later than September 28, 2009.**

1  Because a First Amended Complaint would supercede the target of Defendants' pending
2  motion, Defendants' motion to dismiss is **DENIED** without prejudice as moot. If Plaintiff does not
3  file a First Amended Complaint by the date specified above, Defendants are free to re-file their motion.
4  Further, Plaintiff's request includes information indicating he has moved. Plaintiff has not
5  filed a formal change of address with the court. The Clerk of Court is instructed to update the case
6  information with Plaintiff's new address as shown on Doc. No. 19.
7  IT IS SO ORDERED.

9  DATED: August 28, 2009

            _____
            Hon. Jeffrey T. Miller
            United States District Judge