# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
## Fresno Division

| | |
|---|---|
| TOM STEVE CORIC,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF FRESNO,<br><br>　　　　　　　　Defendant. | Civil No. 1:08cv1225 JTM (BLM)<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS**<br><br>**Doc. Nos. 25 and 26** |

　　　　On September 24, 2009, Plaintiff, previously incarcerated at Fresno County Jail and proceeding *pro se* and *in forma pauperis*, filed an amended civil rights Complaint pursuant to 42 U.S.C. § 1983. (Doc. No. 23.) Pending before the Court is Defendant's motion to dismiss for failure to state a claim upon which relief can be granted under Federal Rule of Civil Procedure 12 (b)(6), filed on October 13, 2009. (Doc. Nos. 25 and 26.)

　　　　Plaintiff shall file and serve his opposition to the motion **no later than November 20, 2009**. A responding party who has no opposition to the granting of the motion shall serve and file a statement to that effect, specifically designating the motion in question. Failure of the responding party to file opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion. The moving

1 party may serve and file a reply to the opposition **no later than November 27, 2009**, at
2 which time the matter will be taken under submission without oral argument.

4 DATED: October 22, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge