UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| TOM STEVE CORIC, ) | Case No. 08cv1225-JTM (BLM) |
|         Plaintiff, ) | **CASE MANAGEMENT CONFERENCE** |
| v. ) | **ORDER REGULATING DISCOVERY AND** |
| ) | **OTHER PRETRIAL PROCEEDINGS** |
| MARGRET MIMS, COUNTY OF FRESNO, ) | |
| ) | (Fed. R. Civ. P. 16) |
|         Defendants. ) | (Fed. R. Civ. P. 26) |

On April 24, 2009, Defendant Margret Mims filed an answer. Doc. No. 12. The Court, therefore, issued a scheduling order setting forth the pretrial dates and deadlines. Doc. No. 13. On July 15, 2009, Defendants Mims and the County of Fresno filed a motion for judgment on the pleadings. Doc. No. 16. Thereafter, Plaintiff was granted leave to amend his complaint and Defendants' motion was denied as moot. Doc. No. 20. On September 24, 2009, Plaintiff filed an amended complaint (doc. no. 23) and, on October 13, 2009, Defendants moved to dismiss the amended complaint (doc. no. 25).

///

///

///

In light of the current state of the pleadings, the Court **VACATES** the dates and deadlines, including the January 11, 2010 Mandatory Settlement Conference, set forth in the April 30, 2009 scheduling order. See doc. no. 13.

**IT IS SO ORDERED.**

DATED:  December 9, 2009

*Barbara L. Major*
BARBARA L. MAJOR
United States Magistrate Judge