# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM STEVE CORIC,<br><br>　　　　　　　　　Plaintiff,<br>　vs.<br><br>COUNTY OF FRESNO,<br><br>　　　　　　　　　Defendant. | CASE NO. 08 CV 1225 JM (BLM)<br><br>**ORDER GRANTING MOTION TO DISMISS**<br><br>Doc. No. 37 |

　　　Pending before the court is Plaintiff's motion to voluntarily dismiss the case. (Doc. No. 37). Defendant filed a statement of non-opposition. (Doc. No. 38). Accordingly, the court hereby GRANTS the motion and DISMISSES the case. The Clerk of the Court is directed to close the file.

**IT IS SO ORDERED.**

DATED: February 23, 2010

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　United States District Judge